# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01599-CJC (ADSx) | Date | November 17, 2020 |
|---|---|---|---|
| Title | Kenneth Davidson v. H and S Energy, LLC et al | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal of this entire action [15], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

- : -

Initials of Deputy Clerk    cw